UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE DEE STANG,<br><br>Defendant. | Case No. 4:93-cr-00004-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Joe Dee Stang's Motion for Reconsideration (Dkt. 50). Mr. Stang has filed numerous motions asking the Court to furnish him with a copy of his Pre-Sentence Investigation Report (PSR). The Court repeatedly denied these requests. Among other things, Mr. Stang has previously referred to a specific paragraph of his PSR, which would indicate that he has been able to view the PSR. *See Dec. 24 Letter Motion,* Dkt. 20 (referring to PSR ¶ 36). But the Court also repeatedly informed Mr. Stang that he should be able to review the PSR with his caseworker at the Bureau of Prisons. *See Jan. 15, 2015 Order,* Dkt. 21; *Sept. 24, 2019 Order,* Dkt. 32. In his most recent filing, Mr. Stang submitted evidence indicating that his caseworker no longer has a copy of this PSR because it is over 10 years old. *See Oct. 7, 2019 Note,* Dkt. 50, at 2.

MEMORANDUM DECISION AND ORDER - 1

Under these circumstances, the Court requested the United States Probation Office to furnish a copy of the PSR to the Bureau of Prisons at FCI-Sheridan.[1] The Court has been informed that this copy has now been sent, which moots Mr. Stang's pending motion. The Court will not provide a copy of the report directly to Mr. Stang because the Court does not get involved in prison administration, security, and the like. Still, though, because another copy of the PSR has now been furnished to the Bureau of Prisons, Mr. Stang should be able to review the report under the supervision of prison staff.

## ORDER

IT IS ORDERED that Defendant's Motion for Reconsideration (Dkt. 50) is **DENIED** to the extent defendant requests that the Court furnish a copy of the PSR directly to him. Otherwise, the motion is **DEEMED MOOT.**

DATED: September 22, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

---

[1] The Bureau of Prisons' inmate locator indicates that Mr. Stang is incarcerated at this facility, with a projected release date in 2032.

**MEMORANDUM DECISION AND ORDER - 2**