UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE DEE STANG,<br><br>Defendant. | Case No. 4:93-cr-00004-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Defendant Joe Dee Stang has two motions before the Court. First, he asks the Court to provide him with a copy of the 1993 sentencing transcript in this case. *See* Dkt. 54. Second, he has filed a Motion to Correct an Error in the Record Pursuant to Federal Rule of Criminal Procedure 36 (Dkt. 55). For the reasons explained below, the Court will deny both motions.

### DISCUSSION

**1. The Rule 36 Motion**

In his Rule 36 motion, Mr. Stang is effectively asking the Court to modify two paragraphs of the 1993 Presentence Investigation Report (PSR). The Court will deny that request for two reasons.

MEMORANDUM DECISION AND ORDER - 1

First, the Court previously entered an order prohibiting Mr. Stang from continuing to challenge the PSR, which is now almost 30 years old.

Second, even absent this order, Mr. Stang's efforts to challenge the PSR are untimely. "[O]nce the district court has imposed sentence, the court lacks jurisdiction under Rule 32 to hear challenges to a presentence report." *See United States v. Catabran*, 884 F.2d 1288, 1289 (9th Cir. 1989) (per curiam); *see also* Fed. R. Crim. P. 32(f) (requiring parties to state objections to the PSR within 14 days of receipt). Here, Mr. Stang did not timely object to the portions of the PSR he now says are objectionable. Raising the challenge now is untimely. Finally, Mr. Stang cannot successfully invoke Federal Rule of Criminal Procedure 36 in his effort to modify the PSR. Rule 36 allows the Court to correct clerical errors, or errors in the record arising from oversight or omission, "at any time." Mr. Stang has not demonstrated that there are errors of this nature in the PSR. Accordingly, the Court will deny his motion for a correction under Rule 36.

## 2. The Request for Transcripts

The Court will also deny Mr. Stang's request for a copy of the transcript of his sentencing hearing. He does not cite any authority that would support his need for a free transcript, and the Court finds that the defendant has failed to identify any valid need for the transcript. *Cf.* 28 U.S.C. § 753(f) (criminal defendants may

MEMORANDUM DECISION AND ORDER - 2

obtain a free transcript for use in preparing a *§ 2255* motion only if "the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal."). Accordingly, Mr. Stang's request to have a transcript provided to him at the government's expense will be denied.

## ORDER

IT IS ORDERED that:

1. Defendant's request for a transcript (Dkt. 54) is **DENIED**.

2. Defendant's Rule 36 Motion to Correct (Dkt. 55) is **DENIED**.

DATED: March 18, 2021

B. Lynn Winmill
U.S. District Court Judge